# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

May 26, 2020

Lyle W. Cayce
Clerk

No. 19-50959
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff−Appellee,

versus

DAN JOSUE OLMOS-RODRIGUEZ,
also known as Dan Josue Rodriguez-Olmos,

Defendant−Appellant.

Appeal from the United States District Court
for the Western District of Texas
No. 4:19-CR-319-1

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Dan Olmos-

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

Rodriguez has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Olmos-Rodriguez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record.

We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.